**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Selene Maria Camacho**; DOB: 1972; United States Citizen<br>**Anastacio Alvarez-Lion**; DOB: 1980; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07406MJ |

Complaint for violations of: Title 21 United States Code, Section 846
Title 8, United States Section 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1: Beginning at a time unknown, and continuing to on or about June 30, 2020, at or near Tucson, in the District of Arizona, **Selene Maria Camacho** and **Anastacio Alvarez-Lion** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); 100 grams or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

Count 2: On or about June 30, 2020, at or near Tucson, in the District of Arizona, **Anastacio Alvarez-Lion**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California, on March 16, 2019 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 30, 2020, at approximately 2:00 p.m., law enforcement officers observed a gold Mercedes S430 sedan traveling west on Mt. Hopkins Road, coming from the area of the Smithsonian Institute Visitor Center. U.S. Border Patrol agents had observed suspected drug mules traveling through that area on Sunday, June 28, 2020. Border Patrol agents returned to Mt. Hopkins Road and observed foot sign and tire tracks in the dirt, indicating that a vehicle may have been recently loaded. Deputies with the Pima County Sheriff's Office conducted a traffic stop of the gold Mercedes S430 sedan because the vehicle registration was expired and the illegal tint on the windows. The driver and registered owner of the vehicle was identified as Selene Maria CAMACHO. The passenger was identified as Anastacio ALVAREZ-Lion. During the traffic stop, a canine alerted to an odor it had been trained to detect emanating from the vehicle. Deputies searched the vehicle and discovered three camouflage backpacks in the trunk. The backpacks contained packages of suspected narcotics. Representative samples of the contents of the packages were field tested and yielded positive results for cocaine, heroin, and methamphetamine. The packages of cocaine weighed 1.34 kilograms. The packages of heroin weighed 200 grams. The packages of methamphetamine weighed 18.94 kilograms.

CONTINUED ON REVERSE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>KCH/am<br>AUTHORIZED AUSA Kevin Hakala *KcH* | SIGNATURE OF COMPLAINANT (official title)<br>TFO *[signature]*<br>OFFICIAL TITLE<br>TASK FORCE OFFICER |
|---|---|

Sworn to telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Jacqueline M. Rateau* | DATE<br>July 1, 2020 |
|---|---|

[1)] See Federal rules of Criminal Procedure Rules 3 and 54

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:**

After waiving his *Miranda* rights, ALVAREZ admitted he transported the narcotics along with nine other subjects. ALVAREZ identified CAMACHO as the person who picked him and the narcotics up on Mt. Hopkins Road.

Anastacio Alvarez-Lion is a citizen of Mexico. On March 16, 2019, Anastacio Alvarez-Lion was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On June 30, 2020, agents found Anastacio Alvarez-Lion in the United States, at or near Tucson, Arizona, without the proper immigration documents. Anastacio Alvarez-Lion did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.